Julia Gatto
212 378 7587
jgatto@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

MEMORANDUM ENDORSED

August 11, 2023

VIA ECF and E-MAIL
Magistrate Judge Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Gerald Shaw,* 23 MJ 3027 (UA)

Your Honor:

With the consent of both the government and Pretrial Services, I write to ask that the Court modify Mr. Shaw's bail conditions by removing location monitoring. All parties agree that the condition is more restrictive than necessary for Mr. Shaw who has been fully compliant with Pretrial Services since he was released pursuant to bail conditions on April 20, 2023.

Mr. Shaw's release will continue to be secured by all other previously set conditions, including a $100,000 personal recognizance bond that has been co-signed by Mr. Shaw's partner, travel restrictions, and Pretrial Services reporting requirements.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Julia Gatto
Julia Gatto
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:        212 506 3900
*Attorney for Gerald Shaw*

Application granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 11, 2023